

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 5, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-11-00399-CV
        Trial Court Case Number:     D-1-GN-10-003544

Style:   Gerald Froemming, DDS Texas Dental License No. 12286
         v. Texas State Board of Dental Examiners

Dear Honorable Velva L. Price:

        The Third Court of Appeals has issued the mandate in this cause. Therefore, I am returning the following original exhibits:

        Joint Exhibit 1 (administrative record).

                                    Very truly yours,

                                    Jeffrey D. Kyle, Clerk

Filed in The District Court
of Travis County, Texas

MAR 1 2 2015

At_____M.
Velva L. Price, District Clerk